# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br><br>    Plaintiff,<br><br>  v.<br><br>SAO, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-00681-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DENIAL OF PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF Nos. 2, 6)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff James Carl Kelly ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on May 17, 2019.

On May 21, 2019, the assigned Magistrate Judge issued findings and recommendations that Plaintiff's application to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) and that Plaintiff be required to pay the $400.00 filing fee in full to proceed with this action. (ECF No. 6.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 3.) On May 31, 2019, Plaintiff filed a "Demand for Trial by Jury," which the Court construes as his objections to the findings and recommendations. (ECF No. 8.)

In his objections, Plaintiff appears to raise new claims regarding Defendant Sao's alleged failure to maintain Plaintiff's prescriptions for various medications to treat blood clots and high blood pressure, thus endangering his life. Plaintiff alleges that this failure began in June 2017.

1

(ECF No. 8.) Taking as true these new allegations, it appears that Plaintiff's medications were changed approximately two years prior to the filing of this action, while Plaintiff was being treated by Defendant Sao at Kern Valley State Prison. As noted in the Magistrate Judge's findings and recommendations, Plaintiff was housed at California State Prison – Los Angeles at the time the complaint was filed. Even taking as true these new and different allegations, Plaintiff has again failed to allege an imminent danger of serious physical injury at the time of filing. Plaintiff does not otherwise address the Magistrate Judge's finding that he is subject to the "three strikes" bar under 28 U.S.C. § 1915(g).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, (ECF No. 6), issued on May 21, 2019, are adopted in full;
2. In accordance with 28 U.S.C. § 1915(g), Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is denied; and
3. Within **twenty-one (21) days** following the date of service of this order, Plaintiff shall pay the $400.00 filing fee in full to proceed with this action. If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated: **June 17, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE