# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br><br>    Plaintiff,<br><br>    v.<br><br>SAO, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-00681-LJO-BAM (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY COURT ORDER<br><br>(ECF No. 9) |

Plaintiff James Carl Kelly ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on May 17, 2019. (ECF No. 1.)

On May 21, 2019, the assigned Magistrate Judge issued findings and recommendations recommending that Plaintiff's application to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) and that Plaintiff be required to pay the $400.00 filing fee in full to proceed with this action. (ECF No. 6.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 3.) On May 31, 2019, Plaintiff filed a "Demand for Trial by Jury," which the Court construed as his objections to the findings and recommendations. (ECF No. 8.)

On June 18, 2019, the undersigned issued an order adopting the findings and recommendations and ordering Plaintiff to pay the $400.00 filing fee in full within twenty-one

1

(21) days. (ECF No. 9). In that order, Plaintiff was also warned that if he failed to pay the filing fee within the specified time, the action would be dismissed without further notice. (Id. at 2.) The deadline to pay the filing fee has expired, and Plaintiff has failed to comply or otherwise communicate with the Court.

Because Plaintiff has failed to obey the Court's order and pay the appropriate filing fee, this case cannot proceed. This matter will be dismissed. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260–61 (9th Cir. 1992).

**ORDER**

Based on the foregoing, this action is HEREBY DISMISSED, without prejudice, for Plaintiff's failure to comply with the Court's order of June 18, 2019, (ECF No. 9), and his failure to pay the filing fee. The Clerk of the Court is directed to terminate all pending motions and deadlines and close this action.

IT IS SO ORDERED.

Dated: __July 24, 2019__          _____/s/ Lawrence J. O'Neill_____
                                  UNITED STATES CHIEF DISTRICT JUDGE